DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF OREGON    FILED16 AUG '11 08:49 USDC-ORP

ARTICLE III CONSTITUTIONAL COURT

| | |
|---|---|
| Azonia Haney, | Case No. CV '11 989 KI |
| Plaintiff, | **VERIFIED COMPLAINT** |
| | **OWEN M. PANNER** |
| v. | ORAL ARGUMENT REQUESTED |
| | [***NO IMMUNITY VERIFIED COMPLAINT***] |
| Earl Blumenauer, John A. Kitzhaber, John R. Kroger, Jeff Merkley, Edward P. O'Keefe, Ron Wyden, *ET AL*, | COMPLAINT [RICO], ANY-ALL VIOLATIONS TO THE BILL OF RIGHTS' AND OUR U.S. CONSTITUTION, TO BE FILED SEPARATELY |
| Defendants. | TRIAL BY JURY |
| | <u>NOTICE</u> SERVED <u>SUMMONS</u> VERIFIED COMPLAINT, *VIA CERTIFIED MAIL* |

*VERIFIED COMPLAINT*

*The people who work for the government have a job as a result of our Constitution. If it were not that we agreed to government, their positions would not exist. There is no other way to look at it. It is our right and our duty to check on what they are doing. This of course includes the laws they are passing. And what do we check them against?*

*The supremacy clause holds the key. If they do not conform, they are no good — they are not laws. Can't make it any plainer.*

*Our Fifth Amendment guarantees you and I due process of law. This is an extremely important statement. Cannot take life, liberty, or property unless this requirement for due process is followed. Our basic law holds the precedence. If the government does not obey a command of the document, anything that comes as a result does NOT follow due process.*

*For the past hundred or more years Congress has been busy writing all sorts of laws for which we gave no permission.*

*Nevertheless, the purpose of the jury is to safeguard other citizens from an overzealous government. You should know where to look to see if they have the authority to pass the law under which they are accusing the person on trial.*

*. . There are only four crimes listed in our Constitution.*

Page **1** - Aug. 16, 2011, Azonia Haney, 8707 S.E. 347TH Ave., Boring, OR 97009

*These are:*

- *Counterfeiting of securities and current coins (Art I, Sec 8)*
- *Piracies and felonies committed on the high seas (Art I, Sec 8)*
- *Treason against the United States (Art III, Sec 3)*
- *Offenses against the law of nations (Art I, Sec 8)*

*That's it! We gave NO power to Congress beyond these four to define a crime. Sounds weird ... but it's true.*

*In 1821, Chief Justice John Marshall, of the United States Supreme Court stated in an opinion: Congress has a right to punish murder in a fort, or other place within its exclusive jurisdiction; but no general right to punish murder committed within any of the States. Further, he added, It is clear, that Congress cannot punish felonies generally; Cohen v Virginia, 4 Wheat (US) 264 (1821). Unless you are a juror in a case (federal) charging someone with a violation of one of the four listed crimes, there is no criminal law. And you cannot judge the persons' innocence or guilt. You have no right to convict.[1]*

## JURISDICTION

I, Azonia Haney, *claim federal jurisdiction pursuant to Article III § 2 which extends the jurisdiction to cases arising under the U.S. Constitution*. **By Special Appearance**, *not general*.

## DECLARATION OF INDEPENDENCE

*We hold these truths to be self-evident, that all men are created equal, that they are endowed by the Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed. That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shown, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty (emp. Added), to throw off such Government, and to provide new Guards for their future security.*

## CASE STATEMENT *[partial]*

---

[1]Grant Award No. SJI-96-02B-B-159; The National Center for State Courts 1999.

Page **2** - Aug. 16, 2011, Azonia Haney, 8707 S.E. 347TH Ave., Boring, OR 97009

BANK OF AMERICA, RECONTRUST: Attorney General John R. Kroger, equality for all the people in Oregon.

*Title 42 U.S. Code § 1983 reads as follows: for violations of certain protections guaranteed by the First, Fifth, Eighth, Ninth and Fourteenth Amendments, ET AL. of the federal Constitution, by the defendant under color of law in his/her capacity as a judge in the Court(s).*
*. . Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.*

The licensed attorney defendants allegedly pledge oaths to the Constitutions, State of Oregon and the to the U.S. Constitution, or in the case of Bank of America's O'Keefe, ?  The government named also pledge oaths to the U.S. Constitution.  ALL OATHS WITH SEALS to prove signatures for the record in the hearing(s), for the Court of Record's full transparency.  See also, *Title 42 U.S.C. § 1983 and in Bivens actions.*

## PRAYER FOR RELIEF

*Wherefore, The United States of America's Federal Courts issue equitable relief as follows*:

- Life, liberty and the pursuit of happiness restored, first stand the United States
- Education, money, property, etc. equality, first stand American's sovereignty
- Institutionalized fraud reverse engineered

### *Reparations*

- injunctive relief;
- declaratory relief;
- issue other relief appropriate, just and award costs of litigation *poste haste*!

*See Pulliam v. Allen, 466 U.S. 522 (1983).*

Respectfully the 16TH day of August, 2011.

*Azonia Haney*
Azonia Haney

CERTIFICATE-FACSIMILE-EMAIL-SERVICE-MAILING

Page **3** - Aug. 16, 2011, Azonia Haney, 8707 S.E. 347TH Ave., Boring, OR 97009

#1] United States Court of Appeals for the Federal Circuit, Kathleen M. O'Malley; Randall R. Rader; Daniel M. Friedman; Pauline Newman; Glenn L. Archer, Jr.; Haldane Robert Mayer; 717 Madison Place, N.W., Washington D.C. 20439, T 202. 275.8000;

#2] United States Court of Federal Claims, Emily C. Hewitt; Francis M. Allegra; Lawrence M. Baskir; Lawrence J. Block; Susan G. Braden; Eric G. Bruggink; Lynn J. Bush; Edward J. Damich; Nancy B. Firestone; Bohdan A. Futey; Reginald W. Gibson; Robert H. Hodges, Jr.; Marian Blank Horn; Charles F. Lettow; Thomas J. Lyndon; Lawrence S. Margolis; James F. Merow; Christine O.C. Miller; George W. Miller; Loren A. Smith; Margaret M. Sweeney; Thomas C. Wheeler; John P. Wiesse; Mary Ellen Coster Williams; Victor J. Wolski; Robert J. Yock; 717 Madison Place, N.W.Washington, DC 20005;

#3] Judicial Conference Executive Committee, Gary H Wente; Anthony J. Scirica; David B. Sentelle; Joseph F. Bataillon; Charles R. Breyer; Robert C. Broomfield; Julie E. Carnes; Rosemary M. Collyer; Michael W. Dobbins; James C. Duff; Julia Smith Gibbons; Barbara M.G. Lynn; Paul Redmond Michel; Lawrence L. Piersol; Michael A Ponsor; Julie A. Robinson; George Z Singal; Toby D Slawsky; John R Tunheim; [Wente] 1 Courthouse Way #3700, Boston MA 02210, T[215]204.7308;

#4] Federal Judicial Center Board, John G. Roberts Jr.; Susan H. Black; David O. Carter; John M. Facciola; James B. Haines, Jr.; Edward C. Prado; Loretta A. Preska; Philip M. Pro; James C. Duff; Thurgood Marshall Federal Judiciary Building, One Columbus Cir NE, Washington DC 20002-8003;

#5] U.S. Supreme Court, John G. Roberts Jr.; Antonin Scalia; Anthony M. Kennedy; Clarence Thomas; Ruth B. Ginsburg; Stephen G. Breyer; Samuel A. Alito, Jr.; Sonia Sotomayor; Elena Kagan; 1 First Street NE Washington DC 20543, T202.479.3011;

#6] House Committee, Oversight and Government Reform, Chair Darrell Issa [2347] HOB; Ranking Member Elijah E. Cummings, 2157 Rayburn House Office Building, Washington DC 20515;

#7] State Justice Institute, Robert A. Miller; Jim R. Hannah; Chase T. Rogers; Gayle A. Nachtigal; Wilfredo Martinez; Daniel J. Becker; John B. Nalbandian; Hernan D. Vera; Marsha J. Rabiteau; Isabel Framer; 11951 Freedom Dr. Suite 1020, Reston, VA 20190, T571.313.8850;

#8] U.S. Senate Judicial, Patrick J. Leahy, Chair; Dirksen Building 224, Washington DC 20515;

#9] U.S. Finance Committee, Ron Paul; 122 West Way, Suite 301, Lake Jackson, TX 77566;

#10] Washington Supreme Court. 415 12TH Ave. S.W., Olympia WA 98501, Steven Goff, Commissioner T360.357.2058 steve.goff@courts.wa.gov; Steven G. Toole, President; Chief Justice Barbara A. Madsen; Charles W. Johnson; Gerry L. Alexander; Tom Chambers; Susan J. Owens; Mary E. Fairhurst; James M. Johnson; Debra L. Stephens; Charles K. Wiggins; *Et Al.*

## *VERIFIED COMPLAINT CERTIFIED SUMMONS*

(1) Earl Blumenauer, 729 N.E. Oregon Street, # 115, Portland, OR 97232, T [503] 231.2300;

(2) John A. Kitzhaber, Oregon State Governor's Office, 160 State Capitol, 900 Court St., Salem, OR 97301-4047, F [503] 378.6827, jan.murdock@state.or.us;

(3) John R. Kroger, OSB# 077207, Attorney General, Oregon Department of Justice, 1162 Court St NE, Salem OR 97301, P [503] 378.4400, john.kroger@doj.state.or.us;

(4) Jeff Merkley, 121 SW Salmon Street, Suite 1400, Portland, Oregon 97204;

(5) Edward P. O'Keefe, P [704] 386.4650, BOA, 100 N. Tryon St., Charlotte NC 28255;

(6) Ron Wyden, 911 N.E. 11TH Ave., Ste#630, Portland, OR 97232, T503.326.7525;