IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**AZONIA HANEY**,

        Plaintiff(s),

vs.

**EARL BLUMENAUER, JOHN A. KITZHABER, JOHN R. KROGER, JEFF MERKLEY, EDWARD P. O'KEEFE, RON WYDEN,** *et al.*,

        Defendant(s).

3:11-cv-00989-KI

OPINION AND ORDER

    Azonia Haney
    8707 SE 347th Avenue
    Boring, Oregon  97009

        Pro Se Plaintiff

Page 1 - OPINION AND ORDER

King, Judge:

Plaintiff filed a Verified Complaint naming Edward O'Keefe, the General Counsel of the Bank of America, as well as several elected officials: Earl Blumenauer, John Kitzhaber, John Kroger, Jeff Merkley, and Ron Wyden. The Complaint discusses various sections of the Constitution and the purpose of juries, and it quotes part of the Declaration of Independence and 42 U.S.C. § 1983. In the Prayer for Relief, plaintiff seeks: "Life, liberty and the pursuit of happiness restored, first stand the United States[;] Education, money, property, etc. equality, first stand American's sovereignty[; and] Institutionalized fraud reverse engineered." Verified Compl. 3.

## DISCUSSION

Federal Rule of Civil Procedure 8(a) states:

A pleading that states a claim for relief must contain:

(1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;

(2) a short and plain statement of the claim showing that the pleader is entitled to relief; and

(3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

In addition, "Each allegation must be simple, concise, and direct." Fed. R. Civ. P. 8(d)(1). Plaintiff's Complaint does not meet any of these requirements. More importantly, I am unable to understand what problem plaintiff wants the court to address and how the defendants caused that problem. The court is also unable to provide the relief plaintiff requests.

Thus, I dismiss the Complaint and will allow plaintiff to file another. She must follow the rules I quoted, specifically, plaintiff must state concisely how she has been damaged, how each

defendant caused the damage, and the relief she seeks from the court, which is typically money damages or an injunction requiring or prohibiting specific behavior.

## CONCLUSION

Plaintiff's Motion-USDC Directive re Verified Complaint [2] is denied as moot. By September 23, 2011, plaintiff must file an Amended Complaint which complies with the instructions above.

Also by September 23, 2011, plaintiff must pay the $350 court filing fee. If plaintiff is unable to pay the fee, she must file an Application to Proceed in Forma Pauperis by that date. The Application to Proceed in Forma Pauperis is available at the Clerk's office in the Hatfield Courthouse and also on the court's internet site, http://ord.uscourts.gov.

If plaintiff fails to file the Amended Complaint and address the fee issue by September 23, 2011, I will dismiss this action.

IT IS SO ORDERED.

DATED this   24th   day of August, 2011.


                      /s/ Garr M. King
                      Garr M. King
                      United States District Judge