DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF OREGON

ARTICLE III CONSTITUTIONAL COURT

Case No. 3:11-cv-00989-[**PA**]

Alta Azonia Haney,

   Plaintiff,

  v.

Edward P. O'Keefe acting in his capacity as a licensed attorney for the Bank of America [BoA], Brian T. Moynihan acting in his capacity as BoA President and Chief Financial Officer, Angelo Mazlo acting in his capacity as Chief Financial Officer of Countrywide Home Loans, ReconTrust as a Division of BoA and O'Keefe acting in a capacity for BoA ReconTrust legal, Mortgage Electronic Registration Services-Systems Inc. [MERS], Gregory E. Abel, Wedge Abels, Sam Adams, Advance Publications Inc., Ally Financial Inc., American City Business Journals, Douglas L. Anderson, Linda Barnett, Corina Bergeland, Marilyn Bergsma, Ben S. Bernanke, Gary Blackmer, BLACKROCK FUND, Manhatten Bank USA National Assoc., Richard B. Cheney, Hillary Rodham Clinton, William J. Clinton, Jeffrey S. Cogan, Nancy Cody, Jen Coney, Stephen M. Cutler, Julie Davie, Jan Dean, David De Brunner, Jamie Dimon, Penny Evans, Evergreen International Aviation, Inc. [EIA], Federal Reserve System [FED], Fidelity National Title Financial, Inc., Nicholas Fish, Joyce Fred, Amanda Fritz, Brent E. Gale, Timothy F. Geithner, General Motors Acceptance Corporation [GMAC], C. Scott Gibson, Golden West Financial, Goldman Sachs & Co. [GS&Co], Patrick J. Goodman, Lee Hullinger, International Council for Local Environmental Issues [ICLEI], Internal Revenue

**COMPLAINT**
SPECIAL APPEARANCE
NOT BY GENERAL APPEARANCE
[*REQUESTED TO BE JOINED
SEE VERIFIED COMPLAINT(S), etc.*]
RACKETEER INFLUENCED AND
CORRUPT ORGANIZATIONS ACT
[R.I.C.O], CLAIMS(S) FOR RELIEF

U.S. CODE
TITLE 18, PART(S) I, II, III, IV, V [1]
  Chapter(s) Section(s) §§
1. 1 – 123 §§ 1 – 2725
2. 201 – 237 §§ 3001 – 3771
3. 301 – 319 §§ 4001 – 4353
4. 401 – 403 §§ 5001 – 5042
5. 602 – §§ 6001 – 6005

SUMMARY JUDGMENT DOCUMENTS
AFFIDAVIT, TO BE FILED

SUMMONS BY PUBLICATION

---

[1] http://www.law.cornell.edu/uscode/html/uscode18/usc_sup_01_18.html

Page **1** - September 11, 2011, Alta Azonia Haney, 8707 S.E. 347TH Avenue, Boring, Oregon 97009, 3:11-cv-00949-[**PA**]

Service [IRS], International Monetary Fund [IMF], JP Morgan Chase, Dania Johnson, Gregg Kantor, Henry Kissinger, John Kitzhaber, Kyle Knoll, Bonnie Krieger, Randy Leonard, Vena Mc Coy, Sandy Mc Donnell, Neil Mc Farlane, George W. Madison, Linda Meng, Mid Atlantic [Reliant] Energy Power Holdings LLC, Mark C. Moench, Charles T. Munger, Mary Nekuda, NEUBERGER BERMAN, Samuel I. Newhouse, Jr., Newhouse News Group, NorthWest Natural [NWN], Zalane Nunn, OREGON PUBLIC EMPLOYEES' RETIREMENT SYSTEM [ORPERS], Oregonian, PACIFICORP., Gregory K. Palm, PARNASSUS INVESTMENTS, Jane L. Peverett, Portland Police Bureau [PPB], Portland Development Commission [PDC], Raymond R. Quirk, Mike Reese, R. Patrick Reiten, David Rockefeller, Peter T. Sadowski, Dan Salzman, John Savage, Jeffrey D. Sapiro, Douglas H. Schulman, David Sokol, STATE STREET CORP, Pamela Stroebel, Douglas K. Stuver, John S. Thomas, Tri-Co Metropolitan Transportation District of Oregon [TRI-MET], UNIFUND, US BANCORP, U.S. Bank National Association NA, Lavonne Griffin-Valade, VANGUARD GROUP, David A. Viniar, Wachovia, A. Richard Walje, Marc Williams, World Savings Selig A. Zises Partners, [*SELECTIVE LIST*]

AUDIO-VIDEO DEPOSITIONS
TRIAL BY JURY

*DEFENDANTS, ET AL.*   SUMMONS BY PUBLICATION

<u>COMPLAINT</u>

I, Alta Azonia Haney VIA CERTIFIED MAIL   7011 0470 0000 7165 6847

submit a RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT [R.I.C.O.] Claim(s) TO The Honorable Owen M Panner, United States Courthouse, 310 West Sixth Street, Medford, Oregon 97501-2710; ATTENTION: Judicial Assistant Margaret Hunt, Medford P [541] 608.8756; Courtroom Deputy Margaret Hunt; Civil Docketing Clerk Karen Finerson, Medford P [541] 608.8777; Criminal Docketing Clerk Debbie Johnson, Medford P [541] 608.8772; **PLEASE RELIEF**: Under the provisions of the U.S.CODE TITLE 18, PART I, II, III, IV, V [2]

---

[2]

http://www.law.cornell.edu/uscode/html/uscode18/usc_sup_01_18.html

Page **2** - September 11, 2011, Alta Azonia Haney, 8707 S.E. 347TH Avenue, Boring, Oregon 97009, 3:11-cv-00949-[**PA**]

## JURISDICTION

I, Alta Azonia Haney, the Plaintiff and moving party in this action, claim to be a sovereign citizen of the State of Oregon. I am a sovereign citizen of the United States of America and therefore, bring the CLAIM(S) into the United States District Court of Oregon, under the provisions of Article III of the United States Constitution. Plaintiff insists that her constitutional rights, guaranteed under Article 1, Section 1, of the Oregon Constitution and the 5TH and 14TH Amendment to the United States Constitution to "equal protection" and "due process" of law be observed at all times herein.

I further insist that if the court does not intend to go forward as an Article III court of constitutional due process, but intends to proceed as a **territorial administrative court** that the court so advise the Plaintiff in writing upon the courts receipt of a copy of this complaint. And intention to proceed as **a *predatory*-creditors' court** to electronically dictate and dismiss the action, please so advise the Plaintiff in writing upon the courts receipt of a copy of this complaint:

CAN THIS BE EXPLAINED TO ME? ON OR ABOUT SEPTEMBER 11, 2001, OUR DUE PROCESS OF LAW AND THEREFORE, OUR BILL OF RIGHTS,' [AS A CONSTITUTION], ARE SUSPENDED BY THE PATRIOT ACT BY AND THROUGH THE SYSTEM OF ELECTRONIC VIRTUAL MONIES?

I AM DEMANDING ANY AND ALL VIOLATIONS OF MY BILL OF RIGHTS,' CEASE, DESIST, AND STOP AS THIS IS A SUPREME VIOLATION OF OUR CONSTITUTIONAL RIGHTS.

## PARTIES

PLAINTIFF:

1.  Alta Azonia Haney.

I Alta Azonia Haney was raised by my grandparents' ideals: I am a farmer. I am also a mother of three daughters watching to see how I stand up for myself and for them and for our Constitutional Rights, and for the rights of their children and grandchildren. The Alta-Farm represents a dream, shared by many like me, not just dirt to be recycled to the highest bidder.

*DEFENDANTS, PARTY/IES, ET AL*

2.  *[SELECTIVE LIST]*: Under law of each state as well as the U.S. Constitution, oaths are taken as sworn in to "Support the Constitution and laws of the United States and of the specific state."

FACT(S)

Any and all named party/ies [*ie eg DEFENDANTS, PARTY/IES, ET AL.*, **SELECTIVE LIST**], and also any and all unnamed, as well as any and all named and those unnamed in *VERIFIED COMPLAINT(S)* [see also VERIFIED COMPLAINTS filed by Danny Donaldson, Roberta Kelly, Arthur Van Alstine, Ronald D. Stout, Brent E. Webster, et al,]
- plus the inadvertently omitted and/or intentionally omitted named and unnamed

ARE, and continue to be, **PARTY/IES** to the COMPLAINT(S), *et Cetera*. Referencing U.S.D.C. Garr M. King 3:11-cv-00989, and the Hearing dated September 1, 2011. Please a complete record is requested to be Facts, and/or Exhibits;

RE: **Unfair Prejudice** [THAT IS, COMPUTER KEYSTROKES INTO PERPETUITY FOR THE OREGON STATE BRITISH ACCREDITED REGISTRY, **OR BAR**, **ET AL.** VS. WE THE PEOPLE INTENTIONALLY KEPT FROM THE SOCIAL CONTRACT OF CREDIT?!].

I, Alta Azonia Haney do declare and state that in the investigation of Countrywide further, an audit I paid for [forensic, $500.00], has proven to be what the Government of Norway has also decided, the investors and therefore, those whom and who are profiting from this monetization, securitization and other forms of the computer monies provided into sums that cannot be calculated, time for the deep level forensic investigations of, but not limited to:

*LEGAL STATEMENT: KPMG International is a Swiss cooperative. Member firms of the KPMG network of independent firms are affiliated with KPMG International. KPMG International provides no client services. Services are provided solely by member firms in their respective geographic areas.* http://www2.prnewswire.com/cgi-bin/stories.pl?ACCT=104&STORY=/www/story/01-06-2004/0002083732&EDATE= ALABASAS, *Calif., Jan. 6 /PRNewswire-FirstCall/ -- Countrywide Financial Corporation (NYSE: CFC), a diversified financial services provider, announced today that the Audit and Ethics Committee of its Board of Directors has appointed KPMG LLP as the Company's new independent auditor for its 2004 calendar year. KPMG will replace Grant Thornton LLP, which has served as the Company's auditor since the early 1970's and will complete Countrywide's 2003 audit.*

PLAINTIFF'S CLAIMS FOR RELIEF ACCORDING TO *ROGER WEIDNER(S) SUBMITTED
*EXHIBITS IN THE COURT, *et Cetera*

Plaintiff alleges AND realleges, **_COMPUTER KEYSTROKES AS ELECTRONIC VIRTUAL MONIES_** *vitiate* the U.S. Constitution's CORPORATE CONTRACT of social justice to all the people.

*WHEREFORE Plaintiff prays for relief as hereinafter set forth IN THE COURT'S RECORD:

1. Special Damages         $   100,000.00
2. General Damages         $ 4,000,000.00
3. Treble Damages          $12,000,000.00

1. Special Damages         $   100,000.00
2. General Damages         $ 4,000,000.00
3. Punative Damages        To be set at trial

1. Special Damages         $   100,000.00
2. General Damages         $ 4,000,000.00
3. Punitive Damages        To be set at trial

Respectfully the 11TH day of September 2011.

*Alta Azonia Haney*
Alta Azonia Haney

### CERTIFICATE OF SERVICE, *et Cetera*

- **SUMMONS BY PUBLICATION**
- **MAILING LIST SUBMITTED VIA SEPARATE FILING,** *NOTICE*
- **VERIFIED COMPLAINT AMENDED TO BE [RE] FILED**